UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR-20-CR-00610-AM** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [COUNT 1: 18 U.S.C. § 111(a)(1): |
| LAMBERTO CASTILLO-YESCAS | § | Assaulting, Resisting or Impeding Certain |
| | § | Officers or Employees; COUNT 2: 8 |
| | § | U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re- |
| | § | entry into the United States; COUNT 3: 18 |
| | § | U.S.C. § 1361- Committing any |
| | § | Depredation against any Property of the |
| | § | United States.] |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 111(a)(1)]

On or about February 15, 2020, in the Western District of Texas, Defendant,

**LAMBERTO CASTILLO-YESCAS,**

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere

with United States Border Patrol Agent N.V., who is an officer or employee of an agency of the

United States, while United States Border Patrol Agent N.V. was engaged in and on account of

the performance of his official duties, and such acts involved physical contact with the agent, and

in doing such acts, the defendant inflicted bodily injury, all in violation of Title 18, United States

Code, Section 111(a)(1).

### COUNT TWO
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about February 14, 2020, in the Western District of Texas, Defendant,

**LAMBERTO CASTILLO-YESCAS,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about July 26, 2016, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

## COUNT THREE
[18 U.S.C. § 1361]

On or about February 15, 2020, in the Western District of Texas, Defendant,

## LAMBERTO CASTILLO-YESCAS,

willfully and by means of physical force, to wit: punching with his fists, did injure and commit a depredation against property of the United States and of any department or agency thereof, to wit: the United States Border Patrol, specifically two computer monitors, and the resulting damage was less than $1,000, all in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JOSHUA B. BANISTER
Assistant United States Attorney

# DR-20-CR-00610-AM

SEALED:
UNSEALED: XX

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

COUNTY: <u>VAL VERDE</u>    USAO#: <u>2020R02616</u>

DATE: <u>MARCH 11, 2020</u>    MAG. CT. #: <u>DR20-0466M</u>

AUSA: <u>JOSHUA B. BANISTER</u>

DEFENDANT: <u>LAMBERTO CASTILLO-YESCAS</u>

CITIZENSHIP: <u>MEXICO</u>

INTERPRETER NEEDED: <u>YES</u>    LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: <u>CHRISTINA M. NORTON</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>    DATE OF ARREST: <u>FEBRUARY 14, 2020</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNT ONE: 18 U.S.C. § 111(a)(1): ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES; COUNT TWO: 8 U.S.C. § 1326(a) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION; COUNT THREE: 18 U.S.C. § 1361 – COMMITTING ANY DEPREDATION AGAINST ANY PROPERTY OF THE UNITED STATES.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>COUNT ONE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT; COUNT TWO: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT; COUNT THREE: 1 YEAR IMPRISONMENT; A</u>

AND A $100 SPECIAL ASSESSMENT; COUNT THREE: 1 YEAR IMPRISONMENT; A $100,000 FINE; 1 YEARS OF SUPERVISED RELEASE; AND $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3